**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JILL CARROLL**                                                                                **PLAINTIFF**

**VS.**                                                 **NO. 1:11cv87-MPM-DAS**

**WEBSTER COUNTY SCHOOL DISTRICT**                              **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiff and Defendant, and the Court being advised that the parties have compromised and resolved all claims herein and, therefore, desire the Court to dismiss Plaintiff's claims and Complaint herein with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims and Complaint herein are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

IT IS ALSO ORDERED AND ADJUDGED that based on the representations of the parties hereto that Plaintiff's pending motion to enforce settlement [Doc. 56] has been resolved, said motion is hereby denied as moot.

SO ORDERED AND ADJUDGED this the 27th day of April, 2016.

                                           **/s/ MICHAEL P. MILLS**
                                           **UNITED STATES DISTRICT JUDGE**
                                           **NORTHERN DISTRICT OF MISSISSIPPI**

AGREED:

*/s/ Victor I. Fleitas*
Victor I. Fleitas (MSB # 10259)
Attorney for Plaintiff

*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Attorney for Defendant